IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ROBERTA GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLIX SUPER MARKETS, INC.<br>AND PUBLIX ASSET<br>MANAGEMENT COMPANY,<br><br>Defendants. | Civil Action<br>File No.: |

## PETITION FOR REMOVAL

TO: The Honorable Judges of the United States District Court for the Northern District of Georgia, Gainesville Division:

COMES NOW, Defendant Publix Super Markets, Inc., "Publix" hereinafter, and Defendant Publix Asset Management Company, "Publix Asset" hereinafter, by and through undersigned counsel, and hereby files this Petition for Removal and respectfully shows this Court the following:

1. A civil action has been filed and is now pending in the State Court of Clayton County, State of Georgia, designated as Civil Action File No. 2021CV91576.

2. The Summons and Complaint for Damages in that action were filed in the State Court of Clayton County on July 12, 2021 and were first received by Publix

by service through Publix's registered agent on August 27, 2021.  Thus, Publix timely files this petition of removal.

3. The Summons and Complaint for Damages were first received by Publix Asset Management Company by service through Publix's registered agent on August 27, 2021.  Thus, Publix Asset timely files this petition of removal.

4. Publix and Publix Asset files herewith a copy of all process, pleading, and orders including the Summons and Complaint in this action, pursuant to 28 USC §§ 1446 and 1446(b), which are attached hereto as:

- Exhibit A, Summons;
- Exhibit B, Complaint;
- Exhibit C, Affidavit of Service;
- Exhibit D, Plaintiff's 5.2 Certificate of Service of Discovery, which Plaintiff's Counsel confirmed was improperly filed as no discovery was served therein with;
- Exhibit E, Publix's Answer and Defenses to Plaintiff's Complaint;
- Exhibit F, Publix's Jury Trial Demand;
- Exhibit G, Publix Asset's Answer and Defenses to Plaintiff's Complaint;
- Exhibit H, Publix Asset's Jury Trial Demand;

- Exhibit I, Plaintiff's Pre-Suit Demand Letter dated December 14, 2020, redacted for privacy [1]; and

- Exhibit J, Publix's Notice of Removal.

5. Publix is now, was at the commencement of this suit, and at all times since been a Domestic Corporation organized and existing under the laws of Florida and having its principal place of business located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811.

6. Publix Asset is now, was at the commencement of this suit, and at all times since been a Domestic Corporation organized and existing under the laws of Florida and having its principal place of business located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811.

7. Plaintiff is a citizen of the State of Georgia.

8. The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by Publix and Publix Asset pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the parties and Publix as well as Publix Asset are not residents of the State of Georgia, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

---

[1] The Pre-Suite Demand Letter filed with this exhibit is redacted for privacy purposes. Please advise if the Court would like the full settlement demand to be mailed under separate cover.

When deciding whether the amount in controversy has been satisfied, the District Court can use its judicial experience and common sense in determining whether a case satisfies the amount in controversy. Roe v. Michelin North America, Inc., 613 F.3d. 1058, 1064 (11th Cir. 2010); see also Carr v. Halloway, No. 5:09-CV-327, 2010 WL 3937407 (M.D. Ga. Oct. 1, 2010) (granting motion for reconsideration in light of *Roe v. Michelin North America, Inc.* and concluding under *Roe* standard that amount in controversy was satisfied based on allegations in complaint); see also Dye v. Amdocs Development Centre India, LLP, No. 1:18-cv-02122, 2020 WL 5215182 (N.D. Ga. Aug. 31, 2020) (finding amount in controversy satisfied after medical records submitted with the plaintiff's pre-suit demand demonstrated the plaintiff's recommended surgery would increase the damages in excess of the required amount in controversy).

On December 14, 2020, Plaintiff submitted a demand for damages to Publix wherein Plaintiff demanded $750,000.00 to settle the claims raised against Publix in the Underlying Lawsuit. [Exhibit I]. Subsequently, Plaintiff filed the underlying lawsuit wherein she seeks to recover, inter alia, special, compensatory, consequential, and economic damages for "serious bodily injuries" allegedly sustained by Plaintiff. [Exhibit B, pp. 3-6]. Although the Complaint does not specify the amount of special damages Plaintiff seeks to recover in the Underlying Lawsuit, Plaintiff has specifically stated her intention to seek recovery of at least $750,000.00 in the Underlying Lawsuit.

[Exhibit I]. Therefore, the amount in controversy far exceeds $75,000.00, exclusive of interest and costs.

9. Publix has attached hereto a copy of Publix's Notice of Removal in the State Court of Clayton County, Georgia. [Exhibit J].

10. This action is currently pending in the State Court of Clayton County, Georgia, which is within the jurisdiction of the Northern District of Georgia, Gainesville Division. 28 U.S.C.A. § 1446(a).

WHEREFORE Publix and Publix Asset prays the above action now pending before the State Court of Clayton County, Georgia be removed to this Court.

This 24th day of September, 2021.

Respectfully submitted,

COPELAND, STAIR, KINGMA & LOVELL, LLP

| | |
|---|---|
| 191 Peachtree Street NE, Suite 3600<br>Atlanta, Georgia 30303-1740<br>Phone: (404) 522-8220<br>Fax: (404) 523-234<br>cmcdaniel@cskl.law<br>mgreene@cskl.law | By: /s/ *Melissa C. Greene*<br>CHARLES M. MCDANIEL, JR.<br>State Bar No. 487905<br>MELISSA C. GREENE<br>State Bar No.: 580723<br><br>*Attorneys for Publix Super Markets, Inc. and Publix Asset Management Company* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| ROBERTA GEORGE,<br><br>Plaintiff,<br><br>vs.<br><br>PUBLIX SUPER MARKETS, INC. AND PUBLIX ASSET MANAGEMENT COMPANY,<br><br>Defendants. | Civil Action<br>File No.: |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing PETITION FOR REMOVAL pleading upon all parties to this matter via electronic filing, addressed to counsel of record as follows:

Keith R. Foster, Esq.
THE FOSTER FIRM, LLC
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, GA 30349
kfoster@tfflaw.net

This 24th day of September, 2021.

7901148v.1

Respectfully submitted,

COPELAND, STAIR, KINGMA & LOVELL, LLP

By: /s/ *Melissa C. Greene*
    CHARLES M. MCDANIEL, JR.
    State Bar No. 487905
    MELISSA C. GREENE
    State Bar No.: 580723

191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
Phone: (404) 522-8220
Fax: (404) 523-234
cmcdaniel@cskl.law
mgreene@cskl.law

*Attorneys for Publix Super Markets, Inc. and Publix Asset Management Company*

7901148v.1