EXHIBIT A - SUMMONS

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Tashea Matthews

# IN THE STATE COURT OF CLAYTON COUNTY, GEORGIA

9151 TARA BOULEVARD, ROOM 1CL181, JONESBORO, GEORGIA 30236
TELEPHONE: (770) 477-3388 * FACSIMILE: (770) 472-8159

Roberta George

**Plaintiff**

Vs.

Publix Supermarket, Inc.

Publix Asset Management Company

**Defendant**

2021CV01576

Case Number

## SUMMONS

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file with the Clerk of said Court and serve upon Plaintiff's Attorney, whose name and address is:

The Foster Firm c/o Keith Foster
1895 Phoenix Blvd., Ste. 110
Attlanta, Georgia 30349

answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, Judgment by default will be taken against you for the relief demanded in the complaint.

**TIKI BROWN**
**CLERK OF COURT**
**State Court of Clayton County**

By: _Tashea Matthews_____

Deputy Clerk

EXHIBIT B - COMPLAINT

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Tashea Matthews

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| ROBERTA GEORGE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO: 2021CV01576 |
| vs. | ) | |
| | ) | |
| | ) | |
| PUBLIX SUPERMARKET, INC., and | ) | |
| PUBLIX ASSET MANAGEMENT | ) | |
| COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

---

### COMPLAINT FOR DAMAGES

**COMES NOW,** the Plaintiff, Roberta George, (hereinafter "Plaintiff") by and through her

Counsel of record Keith Foster, Attorney, and for the cause of action against the Publix

Supermarket, LLC and Publix Asset Management Company (hereinafter "Defendants") and

respectfully states:

### <u>JURISDICTION AND PARTIES</u>

1.

Roberta George, Plaintiff, resides at 235 Roberts Drive, Riverdale, Georgia, 30274 and is

a resident of the State of Georgia, Clayton County.

2.

Defendant, Publix Supermarket, Inc., is a duly organized Foreign Profit Corporation in

the State of Georgia with a principle office address of 3300 Publix Corporate Parkway, Lakeland,

FL 33811. Defendant conducts business in Cobb County, Georgia and has a registered agent in

Cobb County, Georgia. Pursuant to O.C.G.A. § 14-2-510(b)(3), because the accident causing Plaintiff's injury occurred in Cobb County, jurisdiction and venue are proper as to this Defendant in this Honorable Court. Defendant may be served through its registered agent Corporate Creations Network, Inc. located 2985 Gordy Parkway, 1st Floor Marietta, Georgia, 30066, Cobb County.

3.

Defendant, Publix Asset Management Company is a duly organized Foreign Profit Corporation in the State of Georgia with a principle office address of 3300 Publix Corporate Parkway, Lakeland, FL 33811. Defendant conducts business in Cobb County, Georgia and has a registered agent in Cobb County, Georgia. Pursuant to O.C.G.A. § 14-2-510(b)(3), because the accident causing Plaintiff's injury occurred in Cobb County, jurisdiction and venue are proper as to this Defendant in this Honorable Court. Defendant may be served through its registered agent Corporate Creations Network, Inc. located 2985 Gordy Parkway, 1st Floor Marietta, Georgia, 30066, Cobb County.

## STATEMENT OF THE CASE

4.

At all times relevant on or about July 10, 2019, Plaintiff Roberta George was a business invitee at the Publix Supermarket located at 3721 New Macland Road Suite 300 Power Springs, Georgia 30127.

5.

Ms. George was walking pass the deli area, when suddenly and without warning, slipped and fell on an open ketchup packet. The fall caused immediate injures to Ms. George's knees and left shoulder.

6.

Under Georgia law "[w]here an owner or occupier of land, by express or implied invitation, induces or leads others to come upon his premises for any lawful purpose, he is liable in damages to such persons for injuries caused by his failure to exercise ordinary care in keeping the premises and approaches." O.C.G.A.§51-3-1.

7.

Defendant Publix Supermarkets, LLC had actual and/or constructive knowledge of the dangerous condition on the property which was superior to the knowledge Plaintiff Roberta George had of said condition.

8.

Due to the negligence of Defendant, Publix Supermarket, LLC, the Plaintiff suffered serious bodily injuries.

9.

That as a direct and proximate result of Defendant's negligence, Plaintiff sustained serious bodily injuries which will require extensive medical treatment, medication and therapy.  In addition, Plaintiff has incurred medical expenses and will continue to do so until the necessity for medical care as a result of this accident ceases.

10.

Defendant Publix Supermarket, LLC failed to warn Plaintiff Roberta George of the dangerous condition on their property.

11.

At all times relative to this incident, Plaintiff Roberta George was exercising due care for her own safety.

12.

At all times complained of, the unsafe and dangerous condition, and in particular, the water on the floor, was a defect unknown to Plaintiff Roberta George and was not discoverable by her in the exercise of reasonable care.

13.

As a result of said negligence aforementioned, Plaintiff endured extreme discomfort and inconvenience and, in addition, has suffered great physical pain and mental anguish and will endure future pain and suffering.

14.

This is a clear liability case caused by the Defendant's negligent conduct with no bona fide controversy related to the fact that 1) Defendant, owns and or manage the restaurant located at 2985 Gordy Parkway, 1st Floor Marietta, Georgia, 30066; 2) there was an open ketchup packet on the  floor; 3) the Defendant failed to notify its invitees of the spill; 4) the Defendants had a duty to fix or notify its invitees of any known dangers; 5) Defendant breached that duty; and 5) Defendant's breach of duty caused injury to the Plaintiff.

15.

The Defendant is indebted to Plaintiff for past, present and future medical expenses; past, present and future pain and suffering; past, present and future loss of ability to enjoy life; past

present and future lost wages, expenses of litigation, and all other damages allowed by Georgia law.

16.

**WHEREFORE**, Plaintiff respectfully prays as follows:

(a) That judgment be entered against the Defendant on Plaintiff's Complaint in an amount to be determined at trial;

(b) That all costs of this action be cast against the Defendant;

(c) That the Court grant Plaintiff such other and further relief that it deems just and proper; and

(d) Trial by Jury.

Respectfully submitted, this 12th day of July, 2021.

*/s/ Keith R. Foster*

Keith R. Foster, Esq.
Georgia State Bar No.: 271001
*Attorney for Plaintiff*

**THE FOSTER FIRM, LLC**
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, Georgia 30349
Telephone: (404) 559-8325
Facsimile: (404) 559-8335
Email: kfoster@tfflaw.net

2021CV01576

*Tiki Brown*
Tiki Brown
Clerk of State Court
Clayton County, Georgia
Tashea Matthews

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

| | | |
|---|---|---|
| ROBERTA GEORGE | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| | ) | FILE NO: 2021CV01576 |
| vs. | ) | |
| | ) | |
| | ) | |
| PUBLIX SUPERMARKET, INC., and | ) | |
| PUBLIX ASSET MANAGEMENT | ) | |
| COMPANY | ) | |
| | ) | |
| Defendants. | ) | |

### CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Complaint by U.S. mail with adequate postage thereon to be delivered to:

> Publix Supermarket, Inc.
> Publix Asset Management Company
> 2985 Gordy Parkway, 1st Floor
> Marietta, Georgia 30066

This 12th Day of July 2021

*/s/ Keith Foster*
Keith R. Foster
Georgia Bar No. 271001

The Foster Firm LLC
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, GA 30349
404-559-8325

EXHIBIT C - AFFIDAVIT OF SERVICE

AFFIDAVIT OF SERVICE

Tiki Brown
Clerk of State Court
Clayton County, Georgia
Latasha Currie

| Case:<br>2021CV01576 | Court:<br>Clayton County State Court | County:<br>Clayton | Job:<br>6057508 (08272100) |
|---|---|---|---|
| Plaintiff / Petitioner:<br>ROBERTA GEORGE | | Defendant / Respondent:<br>PUBLIX SUPERMARKET, INC, PUBLIX ASSET MANAGEMENT<br>COMPANY | |
| Received by:<br>Absolute Serve Attorney Services | | For:<br>THE FOSTER FIRM, LLC | |
| To be served upon:<br>PUBLIX SUPERMARKET, INC C/O CORPORATE CREATIONS NETWORK, INC RA | | | |

I, Kelvin Stinyard, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** PUBLIX SUPERMARKET, INC C/O Anna Moore, CORPORATE CREATIONS NETWORK, INC RA, 2985 GORDY PARKWAY 1ST FL, MARIETTA, GA 30066

**Manner of Service:** Registered Agent, Aug 27, 2021, 10:12 am EDT

**Documents:** SUMMONS, COMPLAINT FOR DAMAGES, CERTIFICATE OF SERVICE, RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

**Additional Comments:**
1) Successful Attempt: Aug 27, 2021, 10:12 am EDT at 2985 GORDY PARKWAY 1ST FL, MARIETTA, GA 30066 received by PUBLIX SUPERMARKET, INC C/O Anna Moore, CORPORATE CREATIONS NETWORK, INC RA. Age: 30; Ethnicity: Caucasian; Gender: Female; Weight: 180; Height: 5'8"; Hair: Other; Relationship: Authorized Agent;

Kelvin Stinyard

Date 8/27/2021

Absolute Serve Attorney Services
2470 WINDY HILL RD SE Ste 438
MARIETTA, GA 30067
5012570404

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date 8/27/2021

Commission Expires 4/18/2025

EXHIBIT D - 5.2 WITHOUT DISCOVERY SERVICE

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
**Tashea Matthews**

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ROBERTA GEORGE       )
             )
   Plaintiff,      )  CIVIL ACTION
             )  FILE NO: 2021CV01576
vs.             )
             )
             )
PUBLIX SUPERMARKET, INC., and  )
PUBLIX ASSET MANAGEMENT   )
COMPANY        )
             )
   Defendants.     )

## RULE 5.2 CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have this day filed with the Clerk of Court and filed this Rule 5.2 Certificate of Service showing a copy of the following: *PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANTS, PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS and PLAINTIFF'S FIRST REQUEST FOR ADMISSIONS* were served upon all parties to this matter electronically via Odyssey eFileGA, statutory electronic  service or by depositing a true and correct copy thereof in the U.S. Mail with sufficient postage  affixed and addressed to counsel of record as follows:

   Publix Supermarket, Inc.
   Publix Asset Management Company
   2985 Gordy Parkway, 1st Floor
   Marietta, Georgia 30066

Respectfully submitted, this 12th day of July, 2021

          */s/ Keith R. Foster*
          Keith R. Foster
          Georgia Bar No.: 271001
          *Attorney for Plaintiff*

**THE FOSTER FIRM, LLC**
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, Georgia 30349
(P): 404-559-8325
(F): 404-559-8335
Email: kfoster@tfflaw.net

Copy from re:SearchGA

EXHIBIT E - PUBLIX SUPERMARKET, INC.'S ANSWER AND DEFENSES
TO PLAINTIFF'S COMPLAINT

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Janice Miller

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ROBERTA GEORGE,                    )
                                   )
      Plaintiff,                  )
                                   )
vs.                                )
                                   )    Civil Action
                                   )    File No.:  2021CV91576
PUBLIX SUPER MARKETS, INC.         )
AND PUBLIX ASSET                   )
MANAGEMENT COMPANY,                )
                                   )
      Defendants.                 )

## DEFENDANT PUBLIX SUPER MARKETS, INC.'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW Publix Super Markets, Inc. ("Publix" hereinafter), and hereby files its Answer and Defenses to Plaintiff's Complaint for Damages ("Complaint" hereinafter), showing the Court as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

### SECOND DEFENSE

No action or inaction on the part of Publix caused or contributed to Plaintiff's alleged injuries.

### THIRD DEFENSE

Venue is improper and the Complaint should be dismissed on these grounds.

### FOURTH DEFENSE

In response to the individually numbered paragraphs in Plaintiff's Complaint, Publix responds as follows:

## JURISDICTION AND PARTIES

### 1.

Publix is without knowledge sufficient to admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint, and therefore must deny the same.

### 2.

Publix admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

### 3.

Publix admits Publix Asset Management Company's principal office is located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811. Publix denies all remaining allegations contained in Paragraph 3 of Plaintiff's Complaint.

## STATEMENT OF THE CASE

### 4.

Publix is without knowledge sufficient to admit or deny the allegations contained in Paragraph 4 of Plaintiff's Complaint, and therefore must deny the same.

### 5.

Publix admits Ms. George slipped and fell in the deli area of the Publix store. Publix is without knowledge sufficient to admit or deny all remaining allegations

contained in Paragraph 5 of Plaintiff's Complaint, and therefore must deny the same.

6.

Paragraph 6 of Plaintiff's Complaint states a legal conclusion to which no response is required. Should the Court deem any further response necessary, Publix denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.

Publix denies the allegations contained in Paragraph 7 of Plaintiff's Complaint.

8.

Publix is without knowledge sufficient to admit or deny the injury allegations contained in Paragraph 8 of Plaintiff's Complaint, and therefore must deny the same. Publix denies all remaining allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.

Publix is without knowledge sufficient to admit or deny the injury and damage allegations contained in Paragraph 9 of Plaintiff's Complaint, and therefore must deny the same. Publix denies all remaining allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.

Publix denies the allegations contained in Paragraph 10 of Plaintiff's

Complaint.

## 11.

Publix denies the allegations contained in Paragraph 11 of Plaintiff's Complaint.

## 12.

Publix denies the allegations contained in Paragraph 12 of Plaintiff's Complaint.

## 13.

Publix is without knowledge sufficient to admit or deny the damage allegations contained in Paragraph 13 of Plaintiff's Complaint, and therefore must deny the same. Publix denies all remaining allegations contained in Paragraph 13 of Plaintiff's Complaint.

## 14.

Publix denies the allegations contained in Paragraph 14 of Plaintiff's Complaint as stated.

## 15.

Paragraph 15 of Plaintiff's Complaint states a legal conclusion to which no response is required. Should the Court deem any further response necessary, Publix denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

## 16.

Publix denies Plaintiff is entitled to recover from it any damages or relief for which Plaintiff has prayed in the WHEREFORE Paragraph contained in Paragraph 16 of Plaintiff's Complaint, inclusive of subparts (a) through (d).

17.

Any allegation, language or paragraph contained in Plaintiff's Complaint which has not been expressly responded to by Publix is hereby denied by Publix.

18.

WHEREFORE, having fully answered, Publix demands judgment in its favor. Publix further requests a trial by a jury of twelve (12) on all issues.

This 24th day of September, 2021.

Respectfully submitted,

COPELAND, STAIR, KINGMA & LOVELL, LLP

Copeland, Stair, Kingma
& Lovell, LLP
191 Peachtree Street, NE, Suite 3600
P.O. Box 56887 (30343-0887)
Atlanta, GA 30303-1740
Telephone (404) 522-8220
Facsimile (404) 523-2345
cmcdaniel@cskl.law
mgreene@cskl.law

By: */s/ Melissa C. Greene*
      CHARLES M. MCDANIEL, JR.
      State Bar No. 487905
      MELISSA C. GREENE
      Georgia State Bar No. 580723

      *Attorneys for Publix Super Markets,*
      *Inc.*

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ROBERTA GEORGE,                              )
                                             )
       Plaintiff,                     )
                                             )
vs.                                          )
                                             )     Civil Action
                                             )     File No.:  2021CV91576
PUBLIX SUPER MARKETS, INC.                   )
AND PUBLIX ASSET                             )
MANAGEMENT COMPANY,                          )
                                             )
       Defendants.                    )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing

**<u>DEFENDANT PUBLIX SUPER MARKETS, INC.'S ANSWER AND
DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES</u>** upon all

parties to this matter via electronic filing, addressed to counsel of record as follows:

Keith R. Foster, Esq.
THE FOSTER FIRM, LLC
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, GA 30349
kfoster@tfflaw.net

This 24th day of September, 2021.

Respectfully submitted,

COPELAND, STAIR, KINGMA &
LOVELL, LLP

Copeland, Stair, Kingma
& Lovell, LLP
191 Peachtree Street, NE, Suite 3600          By: */s/ Melissa C. Greene*
P.O. Box 56887 (30343-0887)                          CHARLES M. MCDANIEL, JR.
Atlanta, GA 30303-1740                                State Bar No. 487905
Telephone (404) 522-8220                             MELISSA C. GREENE
Facsimile (404) 523-2345                             Georgia State Bar No. 580723
cmcdaniel@cskl.law
mgreene@cskl.law
                                                     *Attorneys for Publix Super Markets,*
                                                     *Inc.*

EXHIBIT F - PUBLIX SUPERMARKET, INC.'S JURY DEMAND

2021CV01576

*Tiki Brown*
**Tiki Brown
Clerk of State Court
Clayton County, Georgia
Janice Miller**

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ROBERTA GEORGE,                          )
                                         )
     Plaintiff,                        )
                                         )
vs.                                      )
                                         )    Civil Action
                                         )    File No.:  2021CV91576
PUBLIX SUPER MARKETS, INC.               )
AND PUBLIX ASSET                         )
MANAGEMENT COMPANY,                      )
                                         )
     Defendants.                       )

### DEFENDANT PUBLIX SUPER MARKETS, INC.'S DEMAND FOR JURY TRIAL BY TWELVE

    COMES NOW Defendant Publix Super Markets, Inc. ("Publix" hereinafter) and

hereby demands that the above captioned case be tried by a jury of twelve.


    This 24th day of September, 2021.


                        Respectfully submitted,

                        COPELAND, STAIR, KINGMA &
                        LOVELL, LLP

Copeland, Stair, Kingma
& Lovell, LLP                          By:  */s/ Melissa C. Greene*
191 Peachtree Street, NE, Suite 3600        CHARLES M. MCDANIEL, JR.
P.O. Box 56887 (30343-0887)                 State Bar No. 487905
Atlanta, GA 30303-1740                      MELISSA C. GREENE
Telephone (404) 522-8220                    Georgia State Bar No. 580723
Facsimile (404) 523-2345
cmcdaniel@cskl.law                       *Attorneys for Publix Super Markets,*
mgreene@cskl.law                         *Inc.*


7906285v.1

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ROBERTA GEORGE,                          )
                                         )
              Plaintiff,                 )
                                         )
vs.                                      )          Civil Action
                                         )          File No.:  2021CV91576
PUBLIX SUPER MARKETS, INC.               )
AND PUBLIX ASSET                         )
MANAGEMENT COMPANY,                      )
                                         )
              Defendants.                )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing

**<u>DEFENDANT PUBLIX SUPER MARKETS, INC.'S DEMAND FOR JURY</u>**

**<u>TRIAL BY TWELVE</u>** upon all parties to this matter via electronic filing, addressed

to counsel of record as follows:

Keith R. Foster, Esq.
THE FOSTER FIRM, LLC
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, GA 30349
kfoster@tfflaw.net

This 24th day of September, 2021.

Respectfully submitted,

COPELAND, STAIR, KINGMA &
LOVELL, LLP

Copeland, Stair, Kingma
& Lovell, LLP
191 Peachtree Street, NE, Suite 3600
P.O. Box 56887 (30343-0887)
Atlanta, GA 30303-1740
Telephone (404) 522-8220
Facsimile (404) 523-2345
cmcdaniel@cskl.law
mgreene@cskl.law

By: */s/ Melissa C. Greene*
     CHARLES M. MCDANIEL, JR.
     State Bar No. 487905
     MELISSA C. GREENE
     Georgia State Bar No. 580723

     *Attorneys for Publix Super Markets,*
     *Inc.*

EXHIBIT G - PUBLIX ASSET MANAGEMENT'S ANSWER AND DEFENSES
TO PLAINTIFF'S COMPLAINT

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Janice Miller

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ROBERTA GEORGE,                    )
                                   )
     Plaintiff,                   )
                                   )
vs.                                )
                                   )    Civil Action
                                   )    File No.:  2021CV01576
PUBLIX SUPER MARKETS, INC.         )
AND PUBLIX ASSET                   )
MANAGEMENT COMPANY,                )
                                   )
     Defendants.                  )

## DEFENDANT PUBLIX ASSET MANAGEMENT COMPANY'S ANSWER AND DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES

COMES NOW Publix Asset Management Company ("Publix Asset" hereinafter), and hereby files its Answer and Defenses to Plaintiff's Complaint for Damages ("Complaint" hereinafter), showing the Court as follows:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief may be granted.

## SECOND DEFENSE

No action or inaction on the part of Publix Asset caused or contributed to Plaintiff's alleged injuries.

## THIRD DEFENSE

Publix Asset is not a proper party to this lawsuit and Plaintiff's Complaint must be dismissed as to Publix Asset on these grounds.

7901214v.1

## **FOURTH DEFENSE**

Venue is improper and the Complaint should be dismissed on these grounds.

## **FIFTH DEFENSE**

In response to the individually numbered paragraphs in Plaintiff's Complaint, Publix Asset responds as follows:

## **JURISDICTION AND PARTIES**

1.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 1 of Plaintiff's Complaint, and therefore must deny the same.

2.

Publix Asset admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.

Publix Asset admits its principal office is located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811. Publix Asset denies all remaining allegations contained in Paragraph 3 of Plaintiff's Complaint.

## **STATEMENT OF THE CASE**

4.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 4 of Plaintiff's Complaint, and therefore must deny the same.

5.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 5 of Plaintiff's Complaint, and therefore must deny the same.

6.

Paragraph 6 of Plaintiff's Complaint states a legal conclusion to which no response is required. Should the Court deem any further response necessary, Publix Asset denies the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 7 of Plaintiff's Complaint, and therefore must deny the same.

8.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 8 of Plaintiff's Complaint, and therefore must deny the same.

9.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 9 of Plaintiff's Complaint, and therefore must deny the same.

10.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 10 of Plaintiff's Complaint, and therefore must deny the same.

11.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 11 of Plaintiff's Complaint, and therefore must deny the same.

12.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 12 of Plaintiff's Complaint, and therefore must deny the same.

13.

Publix Asset is without knowledge sufficient to admit or deny the allegations contained in Paragraph 13 of Plaintiff's Complaint, and therefore must deny the same.

14.

Publix Asset denies all allegations contained in Paragraph 14 of Plaintiff's Complaint that relate to Publix Asset.  Publix Asset is without knowledge sufficient to admit or deny any and all allegations contained in Paragraph 14 of Plaintiff's Complaint as they relate to Publix Super Markets, Inc., and therefore must deny the same.

15.

Publix Asset denies all allegations contained in Paragraph 15 of Plaintiff's

Complaint that relate to Publix Asset.  Publix Asset is without knowledge sufficient to admit or deny any and all allegations contained in Paragraph 15 of Plaintiff's Complaint as they relate to Publix Super Markets, Inc., and therefore must deny the same.

16.

Publix Asset denies Plaintiff is entitled to recover from it any damages or relief for which Plaintiff has prayed in the WHEREFORE Paragraph contained in Paragraph 16 of Plaintiff's Complaint, inclusive of subparts (a) through (d). Publix Asset is without knowledge sufficient to admit or deny any and all allegations contained in Paragraph 16 of Plaintiff's Complaint as they relate to Publix Super Markets, Inc., and therefore must deny the same.

17.

Any allegation, language or paragraph contained in Plaintiff's Complaint which has not been expressly responded to by Publix Asset is hereby denied by Publix Asset.

18.

WHEREFORE, having fully answered, Publix Asset demands judgment in its favor.  Publix Asset further requests a trial by a jury of twelve (12) on all issues.

This 24th day of September, 2021.

Respectfully submitted,

COPELAND, STAIR, KINGMA &
LOVELL, LLP

Copeland, Stair, Kingma
& Lovell, LLP
191 Peachtree Street, NE, Suite 3600
P.O. Box 56887 (30343-0887)
Atlanta, GA 30303-1740
Telephone (404) 522-8220
Facsimile (404) 523-2345
cmcdaniel@cskl.law
mgreene@cskl.law

By: */s/ Melissa C. Greene*
    CHARLES M. MCDANIEL, JR.
    State Bar No. 487905
    MELISSA C. GREENE
    Georgia State Bar No. 580723

    *Attorneys for Publix Asset*
    *Management Company*

**IN THE STATE COURT OF CLAYTON COUNTY**
**STATE OF GEORGIA**

ROBERTA GEORGE,                          )
                                         )
              Plaintiff,                  )
                                         )
vs.                                      )        Civil Action
                                         )        File No.:  2021CV91576
PUBLIX SUPER MARKETS, INC.               )
AND PUBLIX ASSET                         )
MANAGEMENT COMPANY,                      )
                                         )
              Defendants.                )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing

**DEFENDANT PUBLIX ASSET MANAGEMENT COMPANY'S ANSWER**

**AND DEFENSES TO PLAINTIFF'S COMPLAINT FOR DAMAGES** upon all

parties to this matter via electronic filing, addressed to counsel of record as follows:

Keith R. Foster, Esq.
THE FOSTER FIRM, LLC
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, GA 30349
kfoster@tfflaw.net

This 24th day of September, 2021.

Respectfully submitted,

Copeland, Stair, Kingma
& Lovell, LLP
191 Peachtree Street, NE, Suite 3600
P.O. Box 56887 (30343-0887)
Atlanta, GA 30303-1740
Telephone (404) 522-8220
Facsimile (404) 523-2345
cmcdaniel@cskl.law
mgreene@cskl.law

COPELAND, STAIR, KINGMA &
LOVELL, LLP

By: */s/ Melissa C. Greene*
    CHARLES M. MCDANIEL, JR.
     State Bar No. 487905
    MELISSA C. GREENE
    Georgia State Bar No. 580723

    *Attorneys for Publix Asset*
    *Management Company*

EXHIBIT H - PUBIX ASSET MANAGEMENT CO'S JURY DEMAND

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Janice Miller

# IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ROBERTA GEORGE,                          )
                                         )
          Plaintiff,                     )
                                         )
vs.                                      )
                                         )        Civil Action
                                         )        File No.:  2021CV91576
PUBLIX SUPER MARKETS, INC.               )
AND PUBLIX ASSET                         )
MANAGEMENT COMPANY,                      )
                                         )
          Defendants.                    )

## DEFENDANT PUBLIX ASSET MANAGEMENT COMPANY'S DEMAND FOR JURY TRIAL BY TWELVE

COMES NOW Defendant Publix Asset Management Company ("Publix Asset" hereinafter) and hereby demands that the above captioned case be tried by a jury of twelve.

This 24th day of September, 2021.


                                    Respectfully submitted,

                                    COPELAND, STAIR, KINGMA &
                                    LOVELL, LLP

Copeland, Stair, Kingma
& Lovell, LLP                       By:  */s/ Melissa C. Greene*
191 Peachtree Street, NE, Suite 3600      CHARLES M. MCDANIEL, JR.
P.O. Box 56887 (30343-0887)               State Bar No. 487905
Atlanta, GA 30303-1740                    MELISSA C. GREENE
Telephone (404) 522-8220                  Georgia State Bar No. 580723
Facsimile (404) 523-2345
cmcdaniel@cskl.law                  *Attorneys for Publix Asset*
mgreene@cskl.law                    *Management Company*


7906289v.1

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ROBERTA GEORGE,

       Plaintiff,

vs.

PUBLIX SUPER MARKETS, INC.
AND PUBLIX ASSET
MANAGEMENT COMPANY,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Civil Action
File No.:  2021CV91576

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing

**DEFENDANT PUBLIX ASSET MANAGEMENT COMPANY'S DEMAND**

**FOR JURY TRIAL BY TWELVE** upon all parties to this matter via electronic

filing, addressed to counsel of record as follows:

Keith R. Foster, Esq.
THE FOSTER FIRM, LLC
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, GA 30349
kfoster@tfflaw.net

This 24th day of September, 2021.

Respectfully submitted,

COPELAND, STAIR, KINGMA &
LOVELL, LLP

Copeland, Stair, Kingma
& Lovell, LLP
191 Peachtree Street, NE, Suite 3600
P.O. Box 56887 (30343-0887)
Atlanta, GA 30303-1740
Telephone (404) 522-8220
Facsimile (404) 523-2345
cmcdaniel@cskl.law
mgreene@cskl.law

By: /s/ Melissa C. Greene
     CHARLES M. MCDANIEL, JR.
     State Bar No. 487905
     MELISSA C. GREENE
     Georgia State Bar No. 580723

     *Attorneys for Publix Asset*
     *Management Company*

EXHIBIT I - GEORGE SETTLEMENT DEMAND - REDACTED

## THE FOSTER FIRM, LLC

One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, Georgia 30349

***SENT VIA CERTIFIED MAIL***                                    December 14, 2020
Publix Supermarkets, Inc.
Rob Wingate
P.O. Box 32023
Lakeland, FL 33802

| | Re: | **Our Client** | : **Roberta George** |
|---|---|---|---|
| | | **Date of Loss** | : **07/10/19** |
| | | **Claim#** | : **GCCI2019528181** |
| | | **Your Insured** | : **Publix Supermarket** |

### DEMAND-FOR SETTLEMENT PURPOSES ONLY

Dear Mr. Wingate:

    As you know this firm represents Ms. Roberta George for a slip and fall accident that occurred on the above-mentioned date. Since this is a settlement letter, all of its terms are privileged and confidential. None of the statements made in this letter shall be deemed admissible in any proceeding, should our settlement efforts fail.

### FACTS AND LIABILITY

    On July 10, 2019, Roberta George was a customer at Publix Supermarket located at, 3721 New Macland Road, Suite #300, Powder Springs, Georgia 30127. Ms. George was walking pass the deli area, when suddenly and without warning, slipped and fell on an open ketchup packet. The fall caused immediate injures to Ms. George's knees and left shoulder.

### INJURIES







## SPECIAL DAMAGES & CURRENT MEDICAL EXPENSES



Total for Special damages and medical expenses are: **$108,570.62**

In order to satisfy this claim, we are demanding **$750,000**. As such, she has authorized me to discuss settlement with you provided we can do so no

later than Thirty days (30) from the date of this letter.  Please let me hear from you within our stated deadline.  Please note that unless we agree to an extension in writing, the deadline will not be extended.  Do not wait until that day to seek additional time.

　　　We thank you for your continued courtesies in this case and look forward to a timely settlement.

With kind regards, I remain,

_____

Keith R. Foster
Attorney at Law

KF/rh
Enclosures:
Medical Bills
Medical Records

EXHIBIT J  - NOTICE OF REMOVAL

*Tiki Brown*
**Tiki Brown**
**Clerk of State Court**
**Clayton County, Georgia**
Janice Miller

# IN THE STATE COURT OF CLAYTON COUNTY
# STATE OF GEORGIA

ROBERTA GEORGE,                          )
                                         )
        Plaintiff,                       )
                                         )
vs.                                      )
                                         )        Civil Action
                                         )        File No.:  2021CV91576
PUBLIX SUPER MARKETS, INC.               )
AND PUBLIX ASSET                         )
MANAGEMENT COMPANY,                      )
                                         )
        Defendants.                      )

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE, Publix Super Markets, Inc. ("Publix" hereinafter),

and Defendant Publix Asset Management Company, ("Publix Asset" hereinafter), by

and through undersigned counsel, has filed a Petition for Removal in the office of the

clerk of the United States District Court, Northern District of Georgia, Gainesville

Division.  A copy of the Petition for Removal is attached hereto as Exhibit "A."  By

virtue of law, the aforesaid case is now removed and all further proceedings in the State

Court of Clayton County are stayed.

This 24th day of September, 2021.

(Signatures on next page)

7902361v.1

Respectfully submitted,

COPELAND, STAIR, KINGMA & LOVELL, LLP

191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
Phone: (404) 522-8220
Fax: (404) 523-234
*cmcdaniel@cskl.law*
*mgreene@cskl.law*

By: /s/ *Melissa C. Greene*
    CHARLES M. MCDANIEL, JR.
    State Bar No. 487905
    MELISSA C. GREENE
    State Bar No.: 580723

    *Attorneys for Publix Super Markets, Inc. and Publix Asset Management Company*

7902361v.1

## IN THE STATE COURT OF CLAYTON COUNTY
## STATE OF GEORGIA

ROBERTA GEORGE,                      )
                                     )
             Plaintiff,              )
                                     )
vs.                                  )
                                     )        Civil Action
                                     )        File No.:  2021CV91576
PUBLIX SUPER MARKETS, INC.           )
AND PUBLIX ASSET                     )
MANAGEMENT COMPANY,                  )
                                     )
             Defendants.             )

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day served a copy of the within and foregoing

NOTICE OF REMOVAL pleading upon all parties to this matter via electronic

filing, addressed to counsel of record as follows:

Keith R. Foster, Esq.
THE FOSTER FIRM, LLC
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, GA 30349
kfoster@tfflaw.net

This 24th day of September, 2021.

*(Signatures on next page)*

7902361v.1

Respectfully submitted,

COPELAND, STAIR, KINGMA & LOVELL, LLP

By: /s/ *Melissa C. Greene*
     CHARLES M. MCDANIEL, JR.
     State Bar No. 487905
     MELISSA C. GREENE
     State Bar No.: 580723

191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
Phone: (404) 522-8220
Fax: (404) 523-234
cmcdaniel@cskl.law
mgreene@cskl.law

*Attorneys for Publix Super Markets, Inc. and Publix Asset Management Company*

7902361v.1

EXHIBIT A - PETITION FOR REMOVAL

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ROBERTA GEORGE,                          )
                                         )
              Plaintiff,                  )
                                         )
vs.                                      )        Civil Action
                                         )        File No.:
PUBLIX SUPER MARKETS, INC.               )
AND PUBLIX ASSET                         )
MANAGEMENT COMPANY,                      )
                                         )
              Defendants.                 )

## PETITION FOR REMOVAL

TO:   The Honorable Judges of the United States District Court for the Northern

District of Georgia, Gainesville Division:

COMES NOW, Defendant Publix Super Markets, Inc., "Publix" hereinafter,

and Defendant Publix Asset Management Company, "Publix Asset" hereinafter, by

and through undersigned counsel, and hereby files this Petition for Removal and

respectfully shows this Court the following:

1.   A civil action has been filed and is now pending in the State Court of

Clayton County, State of Georgia, designated as Civil Action File No. 2021CV91576.

2.   The Summons and Complaint for Damages in that action were filed in

the State Court of Clayton County on July 12, 2021 and were first received by Publix

by service through Publix's registered agent on August 27, 2021.  Thus, Publix timely files this petition of removal.

3.    The Summons and Complaint for Damages were first received by Publix Asset Management Company by service through Publix's registered agent on August 27, 2021.  Thus, Publix Asset timely files this petition of removal.

4.    Publix and Publix Asset files herewith a copy of all process, pleading, and orders including the Summons and Complaint in this action, pursuant to 28 USC §§ 1446 and 1446(b), which are attached hereto as:

- Exhibit A, Summons;

- Exhibit B, Complaint;

- Exhibit C, Affidavit of Service;

- Exhibit D, Plaintiff's 5.2 Certificate of Service of Discovery, which Plaintiff's Counsel confirmed was improperly filed as no discovery was served therein with;

- Exhibit E, Publix's Answer and Defenses to Plaintiff's Complaint;

- Exhibit F, Publix's Jury Trial Demand;

- Exhibit G, Publix Asset's Answer and Defenses to Plaintiff's Complaint;

- Exhibit H, Publix Asset's Jury Trial Demand;

- Exhibit I, Plaintiff's Pre-Suit Demand Letter dated December 14, 2020, redacted for privacy [1]; and

- Exhibit J, Publix's Notice of Removal.

5.     Publix is now, was at the commencement of this suit, and at all times since been a Domestic Corporation organized and existing under the laws of Florida and having its principal place of business located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811.

6.     Publix Asset is now, was at the commencement of this suit, and at all times since been a Domestic Corporation organized and existing under the laws of Florida and having its principal place of business located at 3300 Publix Corporate Parkway, Lakeland, Florida 33811.

7.     Plaintiff is a citizen of the State of Georgia.

8.     The action described above is a civil action with a claim of which this Court has original jurisdiction, and it is one that may be removed to this Court by Publix and Publix Asset pursuant to the provisions of 28 USC §§ 1332 and 1441 et seq., in that there is complete diversity among the parties and Publix as well as Publix Asset are not residents of the State of Georgia, and the amount in controversy exceeds $75,000.00 exclusive of interest and costs.

---

[1] The Pre-Suite Demand Letter filed with this exhibit is redacted for privacy purposes. Please advise if the Court would like the full settlement demand to be mailed under separate cover.

When deciding whether the amount in controversy has been satisfied, the District Court can use its judicial experience and common sense in determining whether a case satisfies the amount in controversy. Roe v. Michelin North America, Inc., 613 F.3d 1058, 1064 (11th Cir. 2010); see also Carr v. Halloway, No. 5:09-CV-327, 2010 WL 3937407 (M.D. Ga. Oct. 1, 2010) (granting motion for reconsideration in light of *Roe v. Michelin North America, Inc.* and concluding under *Roe* standard that amount in controversy was satisfied based on allegations in complaint); see also Dye v. Amdocs Development Centre India, LLP, No. 1:18-cv-02122, 2020 WL 5215182 (N.D. Ga. Aug. 31, 2020) (finding amount in controversy satisfied after medical records submitted with the plaintiff's pre-suit demand demonstrated the plaintiff's recommended surgery would increase the damages in excess of the required amount in controversy).

On December 14, 2020, Plaintiff submitted a demand for damages to Publix wherein Plaintiff demanded $750,000.00 to settle the claims raised against Publix in the Underlying Lawsuit. [Exhibit I]. Subsequently, Plaintiff filed the underlying lawsuit wherein she seeks to recover, inter alia, special, compensatory, consequential, and economic damages for "serious bodily injuries" allegedly sustained by Plaintiff. [Exhibit B, pp. 3-6]. Although the Complaint does not specify the amount of special damages Plaintiff seeks to recover in the Underlying Lawsuit, Plaintiff has specifically stated her intention to seek recovery of at least $750,000.00 in the Underlying Lawsuit.

[Exhibit I]. Therefore, the amount in controversy far exceeds $75,000.00, exclusive of interest and costs.

9.      Publix has attached hereto a copy of Publix's Notice of Removal in the State Court of Clayton County, Georgia.  [Exhibit J].

10.     This action is currently pending in the State Court of Clayton County, Georgia, which is within the jurisdiction of the Northern District of Georgia, Gainesville Division.  28 U.S.C.A. § 1446(a).

WHEREFORE Publix and Publix Asset prays the above action now pending before the State Court of Clayton County, Georgia be removed to this Court.

This 24th day of September, 2021.

Respectfully submitted,

COPELAND, STAIR, KINGMA & LOVELL, LLP

191 Peachtree Street NE, Suite 3600        By: /s/ *Melissa C. Greene*
Atlanta, Georgia 30303-1740                    CHARLES M. MCDANIEL, JR.
Phone: (404) 522-8220                            State Bar No. 487905
Fax: (404) 523-234                                 MELISSA C. GREENE
*cmcdaniel@cskl.law*                             State Bar No.: 580723
*mgreene@cskl.law*

*Attorneys for Publix Super Markets, Inc. and Publix Asset Management Company*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

ROBERTA GEORGE,                      )
                                     )
            Plaintiff,               )
                                     )
vs.                                  )        Civil Action
                                     )        File No.:
PUBLIX SUPER MARKETS, INC.           )
AND PUBLIX ASSET                     )
MANAGEMENT COMPANY,                  )
                                     )
            Defendants.              )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing

PETITION FOR REMOVAL pleading upon all parties to this matter via electronic

filing, addressed to counsel of record as follows:

Keith R. Foster, Esq.
THE FOSTER FIRM, LLC
One Crown Center
1895 Phoenix Blvd., Suite 110
Atlanta, GA 30349
kfoster@tfflaw.net

This 24th day of September, 2021.

Respectfully submitted,

COPELAND, STAIR, KINGMA &
LOVELL, LLP

By: /s/ *Melissa C. Greene*
CHARLES M. MCDANIEL, JR.
State Bar No. 487905
MELISSA C. GREENE
State Bar No.: 580723

191 Peachtree Street NE, Suite 3600
Atlanta, Georgia 30303-1740
Phone: (404) 522-8220
Fax: (404) 523-234
*cmcdaniel@cskl.law*
*mgreene@cskl.law*

*Attorneys for Publix Super*
*Markets, Inc. and Publix Asset*
*Management Company*

7901148v.1