UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERTA GEORGE,<br><br>    Plaintiff,<br><br>vs.<br><br>PUBLIX SUPER MARKETS, INC.<br>AND PUBLIX ASSET<br>MANAGEMENT COMPANY,<br><br>    Defendants. | Civil Action<br>File No.: 21-CV-03970-TWT |

## CONSENT ORDER

Plaintiff, ROBERTA GEORGE and Defendants, PUBLIX SUPER MARKETS, INC. and PUBLIX ASSET MANAGEMETN COMPANY, herein collectively "The Parties", having stipulated to the dismissal of Publix Asset Management Company without prejudice:

**IT IS HEREBY ORDERED** that the Consent Motion to Dismiss Publix Asset Management Company without prejudice is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the caption of this action moving forward shall be *Roberta George v. Publix Super Markets, Inc.*. The civil action number shall remain the same.

**SO ORDERED** this __24th__ day of __November__, 2021.

_____
CHIEF JUDGE THOMAS W. THRASH, JR.
United States District Court
Northern District of Georgia